CHARLEY MADISON v. STATE.

No. A-2004.  Opinion Filed January 6, 1914.

Appeal from County Court, Major County;
F. W. Madison, Judge.

Charley Madison was convicted of malicious mischief, and appeals. Dismissed.

Fairchild & Randall, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error, Charley Madison, was convicted at the January, 1913, term of the county court of Major county

on a charge of malicious mischief, and his punishment fixed at a fine of $250 and imprisonment in the county jail for a period of six months. The appeal is dismissed on motion of the Attorney General, and consent of the complaining party.   Mandate ordered forthwith.